**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

| | | |
|---|---|---|
| **RPH, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **GREAT NORTHERN INSURANCE COMPANY** | ) | **2:22-cv-02061-PKH** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>JOINT STIPULATION OF DISMISSAL</u>

Plaintiff RPH, LLC and Defendant Great Northern Insurance Company submit this Joint Stipulation of Dismissal as to all of Plaintiff's claims **<u>with prejudice</u>** pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with each party to bear their own costs as paid.

Dated December 8, 2022.

Respectfully submitted,

/s/ *Benjamin D. Doyle (with permission)*
Benjamin D. Doyle
Ark. Bar No. 2020293
STOCKARD, JOHNSTON, BROWN,
NETARDUS, & DOYLE, P.C.
P.O. Box 3280
Amarillo, Texas 79116
Telephone: (806) 372-2202
Facsimile: (806) 379-7799
E-mail: bdoyle@sjblawfirm.com

*Counsel for RPH, LLC*

/s/ *Brett J. Chessin*
Brett J. Chessin *(appearing pro hac vice)*
Alabama #6064G27T
LLOYD, GRAY, WHITEHEAD, & MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, Alabama 35213
Telephone: (205) 967-8822
Facsimile: (205) 402-4101
E-Mail: bchessin@lgwmlaw.com

/s/ *Andrew S. Dixon*
David B. Vandergriff
Ark. Bar No. 77137
Andrew S. Dixon
Ark. Bar No. 2019193
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
E-Mail: dbv@qgtlaw.com
E-Mail: adixon@qgtlaw.com

*Counsel for Great Northern Insurance Company*