IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**RPH, LLC.**                                                                 **PLAINTIFF**

v.                          NO. 2:22-cv-2061

**GREAT NORTHERN INSURANCE COMPANY**                       **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

On this 8th day of December, 2022, the parties hereto having filed a joint stipulation of dismissal (document 19), pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

JAMIE GIANI, CLERK

BY: /s/M.McEntire
Deputy Clerk